| | |
|---|---|
| 1 | **SHIMODA LAW CORP.** |
| | Galen T. Shimoda (SBN 226752) |
| 2 | attorney@shimodalaw.com |
| | Erika R. C. Sembrano (SBN 306635) |
| 3 | esembrano@shimodalaw.com |
| | 9401 East Stockton Blvd., Ste 200 |
| 4 | Elk Grove, California 95624 |
| | Telephone: (916) 525-0716 |
| 5 | Facsimile: (916) 760-3733 |
| 6 | Attorneys for Plaintiff |
| | MAKENZY DEGRAW |
| 7 | |
| | **SEYFARTH SHAW LLP** |
| 8 | Julie G. Yap (SBN 243450) |
| | jyap@seyfarth.com |
| 9 | Tiffany T. Tran (SBN 294213) |
| | ttran@seyfarth.com |
| 10 | 400 Capitol Mall, Suite 2350 |
| | Sacramento, California 95814 |
| 11 | Telephone: (916) 448-0159 |
| | Facsimile: (916) 558-4839 |
| 12 | |
| | Attorneys for Defendants |
| 13 | PROGRESSIVE CASUALTY INSURANCE COMPANY |
| | (erroneously sued also as PROGRESSIVE CASUALTY) |
| 14 | and PROGRESSIVE COMMERCIAL CASUALTY |
| | COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZY DEGRAW, | Case No. 2-17-CV-02537-TLN-KJN |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER** |
| v. | Complaint Filed: October 4, 2017 |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation; PROGRESSIVE COMMERCIAL CASUALTY COMPANY, an Ohio Corporation; PROGRESSIVE CASUALTY, an unincorporated association; and DOES 1 to 100 inclusive, | |
| Defendants. | |

Plaintiff MAKENZY DEGRAW ("Plaintiff") and Defendants PROGRESSIVE CASUALTY INSURANCE COMPANY (erroneously sued also as PROGRESSIVE CASUALTY) and PROGRESSIVE COMMERCIAL CASUALTY COMPANY ("Defendants"), by and through their respective attorneys, pursuant to Eastern District Local Rule 144(a), stipulate and agree that good cause exists for a further brief extension of time for Defendants to respond to Plaintiff's Complaint:

WHEREAS, Plaintiff's Complaint was filed on October 4, 2017;

WHEREAS, Defendants were each served with the Complaint on November 1, 2017;

WHEREAS, Defendants timely removed the matter to the Eastern District of California on December 1, 2017;

WHEREAS, the parties previously stipulated and agreed that Defendants' responsive pleading deadline was extended to December 22, 2017;

WHEREAS, the parties engaged in meet and confer efforts regarding Defendants' asserted disputes regarding Plaintiff's Complaint;

WHEREAS, Plaintiff agrees to file a First Amended Complaint but would like additional time to finalize the pleading to avoid unnecessary motion practice;

WHEREAS, Plaintiff anticipates filing a First Amended Complaint prior to Defendants' responsive pleading;

WHEREAS, the parties stipulate and agree that Defendants have up to and including January 5, 2018 to file a response to Plaintiff's Complaint;

WHEREAS, this stipulation, combined with the parties' prior stipulation, does not exceed the 28-day maximum extension permitted under Eastern District Local Rule 144(a).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///
///
///
///
///
///

2
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING; ORDER
43478146v.1

| | | |
|---|---|---|
| DATED: December 22, 2017 | | Respectfully submitted, |
| | | SHIMODA LAW CORP |

By: /s/ Erika R. C. Sembrano
    Galen T. Shimoda
    Erika R. C. Sembrano

Attorneys for Plaintiff
MAKENZY DEGRAW

DATED: December 22, 2017    SEYFARTH SHAW LLP

By: /s. Tiffany T. Tran
    Julie G. Yap
    Tiffany T. Tran

Attorneys for Defendants
PROGRESSIVE CASUALTY INSURANCE
COMPANY (erroneously sued also as
PROGRESSIVE CASUALTY) and
PROGRESSIVE COMMERCIAL
CASUALTY COMPANY

## **ATTESTATION**

I, Tiffany T. Tran, hereby certify that the content of this document is acceptable to Erika R. C. Sembrano, counsel for Plaintiff, and that Ms. Sembrano has provided her authorization to affix her electronic signature on this document.

                                                                  /s/ Tiffany T. Tran

## ORDER

The parties having so stipulated and good cause appearing:

IT IS ORDERED that Defendants shall have until January 5, 2018 to file their responsive pleading to Plaintiff's Complaint.

Dated: January 2, 2018

_____
Troy L. Nunley
United States District Judge