| | |
|---|---|
| 1 | **SHIMODA LAW CORP.** |
| | Galen T. Shimoda (SBN 226752) |
| 2 | attorney@shimodalaw.com |
| | Erika R. C. Sembrano (SBN 306635) |
| 3 | esembrano@shimodalaw.com |
| | 9401 East Stockton Blvd., Ste 200 |
| 4 | Elk Grove, California 95624 |
| | Telephone: (916) 525-0716 |
| 5 | Facsimile: (916) 760-3733 |
| 6 | Attorneys for Plaintiff |
| | MAKENZY DEGRAW |
| 7 | |
| | **SEYFARTH SHAW LLP** |
| 8 | Julie G. Yap (SBN 243450) |
| | jyap@seyfarth.com |
| 9 | Tiffany T. Tran (SBN 294213) |
| | ttran@seyfarth.com |
| 10 | 400 Capitol Mall, Suite 2350 |
| | Sacramento, California 95814 |
| 11 | Telephone: (916) 448-0159 |
| | Facsimile: (916) 558-4839 |
| 12 | |
| 13 | Attorneys for Defendants |
| | PROGRESSIVE CASUALTY INSURANCE COMPANY |
| | (erroneously sued also as PROGRESSIVE CASUALTY) |
| 14 | and PROGRESSIVE COMMERCIAL CASUALTY |
| | COMPANY |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZY DEGRAW, | Case No. 2-17-CV-02537-TLN-KJN |
| Plaintiff, | **STIPULATION TO FILE AMENDED COMPLAINT AND ORDER** |
| v. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation; PROGRESSIVE COMMERCIAL CASUALTY COMPANY, an Ohio Corporation; PROGRESSIVE CASUALTY, an unincorporated association; and DOES 1 to 100 inclusive, | Complaint Filed: October 4, 2017 |
| Defendants. | |

Plaintiff MAKENZY DEGRAW ("Plaintiff") and Defendant PROGRESSIVE CASUALTY INSURANCE COMPANY (erroneously sued also as PROGRESSIVE CASUALTY) ("Defendant"), by and through their respective attorneys, pursuant to Federal Rule of Civil Procedure 15(a)(2), stipulate and agree as follows:

WHEREAS, the parties engaged in meet and confer efforts regarding Plaintiff's Complaint;

WHEREAS, the parties agree that, in lieu of Defendant filing a Rule 12 motion to narrow the scope of the Complaint, the parties agree to Plaintiff's filing of an Amended Complaint, attached hereto as **Exhibit A**.

WHEREAS, the parties agree that this stipulation is made without prejudice to Defendant's right to deny the allegations or present defenses to the claims asserted in the Amended Complaint.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 3, 2018                    Respectfully submitted,

                                                  SHIMODA LAW CORP

By: /s/ Erika R. C. Sembrano
     Galen T. Shimoda
     Erika R. C. Sembrano

     Attorneys for Plaintiff
     MAKENZY DEGRAW

DATED: January 3, 2018                    SEYFARTH SHAW LLP

By: /s. Tiffany T. Tran
     Julie G. Yap
     Tiffany T. Tran

     Attorneys for Defendants
     PROGRESSIVE CASUALTY INSURANCE
     COMPANY (erroneously sued also as
     PROGRESSIVE CASUALTY) and
     PROGRESSIVE COMMERCIAL
     CASUALTY COMPANY

**ATTESTATION**

I, Tiffany T. Tran, hereby certify that the content of this document is acceptable to Erika R. C. Sembrano, counsel for Plaintiff, and that Ms. Sembrano has provided her authorization to affix her electronic signature on this document.

/s/ Tiffany T. Tran

**ORDER**

Plaintiff shall file the Amended Complaint with the Court within seven (7) days of this order.

**IT IS SO ORDERED.**

DATED: January 4, 2018

Troy L. Nunley
United States District Judge