UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKENZY DEGRAW,<br><br>    Plaintiff,<br><br>    v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | No. 2:17-cv-2537-KJN<br><br>ORDER |

This case is presently set for an initial status (pretrial scheduling) conference on March 29, 2018. (ECF No. 19.)[1] On March 21, 2018, the parties filed a joint status report. (ECF No. 20.) In the status report, the parties indicate that they have agreed to: (1) engage in early mediation around May 2018; (2) informally exchange discovery pursuant to a confidentiality agreement; (3) postpone initial disclosures until 30 days after the mediation should the action not resolve at mediation; and (4) defer scheduling of the case until after the mediation, if necessary. (Id.) Additionally, the parties have agreed to dismissal of all named defendants other than defendant Progressive Casualty Insurance Company. (Id.)

---

[1] This action proceeds before the undersigned for all purposes pursuant to 28 U.S.C. § 636(c). (ECF No. 17.)

1

| | |
|---|---|
|1| In light of the parties' agreement and joint request, IT IS HEREBY ORDERED that: |
|2| 1. This action, including formal discovery, is temporarily STAYED pending an early |
|3| mediation contemplated to take place sometime in May 2018. The stay does not |
|4| preclude the parties from informally exchanging discovery pursuant to a |
|5| confidentiality agreement. |
|6| 2. If the case resolves at mediation, the parties shall file a notice of settlement within 10 |
|7| days of such resolution. Alternatively, if the case does not resolve at mediation, the |
|8| parties shall file a joint status report within 10 days of the conclusion of the mediation |
|9| proposing dates as contemplated in the court's December 4, 2017 Order Requiring |
|10| Joint Status Report. |
|11| 3. The court DEFERS scheduling the case at this juncture, and the March 29, 2018 status |
|12| conference is VACATED. |
|13| 4. All named defendants, other than defendant Progressive Casualty Insurance Company, |
|14| are DISMISSED. |
|15| IT IS SO ORDERED. |
|16| Dated: March 22, 2018 |

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE