Galen T. Shimoda (SBN 226752)
attorney@shimodalaw.com
Erika R. C. Sembrano (SBN 306635)
esembrano@shimodalaw.com
**Shimoda Law Corp.**
9401 East Stockton Blvd., Suite 200
Elk Grove, California 95624
Telephone: (916) 525-0716
Facsimile: (916) 760-3733

Attorney for Plaintiff
MAKENZY DEGRAW

**SEYFARTH SHAW LLP**
Julie G. Yap (SBN 243450)
jyap@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
PROGRESSIVE CASUALTY INSURANCE COMPANY
(erroneously sued also as PROGRESSIVE CASUALTY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAKENZY DEGRAW,

Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY, an Ohio Corporation; PROGRESSIVE CASUALTY, an unincorporated association; and DOES 1 to 100 inclusive,

Defendants.

Case No. 2-17-CV-02537-KJN

**ORDER DISMISSING ENTIRE ACTION**

**[Fed. R. Civ. P. 41(a)(1)-(2)]**

Complaint Filed: October 4, 2017
First Amended Complaint Filed: January 5, 2018

Having read and considered the Parties' Joint Motion for an Order of Dismissal of the Entire Action, and good cause appearing, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that:

1. The joint motion to dismiss (ECF No. 23) is GRANTED.

2. The individual claims of Plaintiff Makenzy DeGraw against Defendant, including any claim that she is an aggrieved employee, shall be dismissed in their entirety **WITH PREJUDICE**.

3. The representative allegations against Defendant under the Labor Code Private Attorneys General Act of 2004 are dismissed **WITHOUT PREJUDICE** as to any other individual.

4. Each party shall bear her/its own costs and attorneys' fees.

5. This action shall be dismissed in its entirety.

6. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: August 2, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE